# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DREW MICHAEL LEBOUEF

NO. 2026 KW 0468

**JULY 2, 2026**

---

In Re:     Drew Michael LeBouef, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 516501.

---

**BEFORE:**  McCLENDON, C.J., STROMBERG AND EDWARDS, JJ.

**WRIT DENIED.**

> PMc
> TPS
> BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT